# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                         Miscellaneous Case No. 10-mc-45-JL

<u>Joey R. Cloutier</u>

## O R D E R

I herewith approve the [6] Report and Recommendation of Magistrate Judge Daniel J. Lynch dated August 16, 2010, no objection having been filed.

It is ordered that the taxpayer obey the summons and that he appear on September 27, 2010 at 9:00 a.m. at the Internal Revenue Service (IRS), 1000 Elm Street, Suite 900, Manchester, New Hampshire 03101-1730, before Revenue Officer Jennifer S. Blair, to give testimony and produce all books and records in his possession or control as required and called for by the terms of the summons originally served on January 20, 2010.

It is further ordered that the government be awarded its costs.

SO ORDERED.

September 8, 2010

                                     <u>/s/ Joseph N. Laplante</u>
                                     Joseph N. Laplante
                                     United States District Judge

cc:     Gretchen Leah Witt, AUSA
         Joey R. Cloutier